UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-00088-NRN

STEVEN NORTON

       Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

       Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), Plaintiff Steven Norton and Defendant Auto-Owners Insurance Company hereby stipulate to dismissal with prejudice of the above-captioned matter and all claims that were or could have been asserted by Plaintiff against Defendant in this matter. Each party will bear their own costs and attorneys' fees.

Dated: May 23, 2025.                                           Respectfully submitted,

| | |
|---|---|
| *s/ Michael J. Buchanan* | *s/ Kayla L. Scroggins-Uptigrove* |
| Michael J. Buchanan | Kayla L. Scroggins-Uptigrove |
| Law Office of Timur Kishinevsky, LLC | Evan Bennett Stephenson |
| 2851 South Parker Road, Suite 150 | Spencer Fane LLP |
| Aurora, CO 80014 | 1700 Lincoln Street, Suite 2000 |
| Phone: (720) 748-8888 | Denver, CO 80203 |
| Facsimile: (720) 748-8894 | Telephone:  303.839.3800 |
| buchanan@coloradolawteam.com | Facsimile:  303.839.3838 |
| | Email:  kscroggins@spencerfane.com |
| |        estephenson@spencerfane.com |
| | |
| *Attorney for Plaintiff Steven Norton* | *Attorney for Defendant Auto-Owners Insurance Company* |

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 23, 2025 I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael J. Buchanan**
  buchanan@coloradolawteam.com

*s/ Kayla L. Scroggins-Uptigrove*